487 Pa. 455 (1980)
409 A.2d 857
Ronald K. BARTO et al., Appellees,
v.
John A. FELIX, Appellant.
Supreme Court of Pennsylvania.
Argued December 11, 1979.
Decided January 18, 1980.
Peter Campana, Williamsport, for appellant.
Gary M. Lightman, Barry J. Peffley, Harrisburg, for appellees.
Before EAGEN, C.J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

OPINION OF THE COURT
PER CURIAM:
The petition for allowance of appeal having been improvidently granted, the appeal is dismissed.